UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


EXTREME REACH, INC.                )
                                   )
v.                                 )        NO. 3:16-mc-0002
                                   )        JUDGE CAMPBELL
GRACE HILL MEDIA, et al.           )

ORDER


     Pending before the Court is a Motion to Modify or Quash Subpoena (Docket No. 1). The

Motion is REFERRED to the Magistrate Judge for decision.

     IT IS SO ORDERED.



TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE